FREDBURN CONSTRUCTION CORPORATION, Respondent, v. STANDARD ACCIDENT INSURANCE COMPANY, Appellant.— Order, so far as appealed from, granting plaintiff's motion for leave to serve an amended complaint, unanimously affirmed, with

twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.